TIMOTHY J. HARVARD
State Bar No. 09176400
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce St., Suite 3500
Fort Worth, Texas  7610
Telephone: (817) 878-2570
Facsimile: (817) 878-0501

ATTORNEYS FOR MOVANT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| RODNEY ALLEN | § § | CASE NO. 14-44099 |
| Debtor. | § § § | |
| ALLIANCE REALTY CAPITAL, LLC its successors and assigns, | § § | |
| Movant, | § § | |
| VS. | § § | |
| RODNEY ALLEN, | § § | |
| Respondent. | § § | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY**
**DUE TO FAILURE TO CURE DEFAULT**

1.     On May 14, 2015 an Amended Agreed Order Modifying Automatic Stay was entered with the Court.  The Debtor failed to comply with the terms of the Amended Agreed Order and the default letter was sent to Debtor pursuant to paragraph 5 of the Order.  Following proper notice, Debtor failed to cure the deficiency according to the terms of the Amended Agreed Order, and pursuant to the Order is not entitled to another default letter.

2.     In accordance with paragraph 6 of the Amended Agreed Order, the automatic stay is

**Notice of Termination of Automatic Stay**
**Due to Failure to Cure Default – Page 1**
26031.005  #223881

terminated with respect to ALLIANCE REALTY CAPITAL, LLC, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

Respectfully submitted,

**WHITAKER CHALK SWINDLE & SCHWARTZ, PLLC**

By _/s/ Timothy J. Harvard_
Timothy J. Harvard
State Bar No. 09176400
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-2570
Facsimile: (817) 878-0501

ATTORNEYS FOR MOVANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **NOTICE OF TERMINATION OF AUTOMATIC STAY DUE TO FAILURE TO CURE DEFAULT** has been served upon **Joyce W. Lindauer**, Joyce W. Lindauer Attorney PLLC, 12720 Hillcrest Road, Suite 625, Dallas, TX 75230, attorney of record for Debtor; Rodney Allen, 6236 Truman Drive, Fort worth, TX 76112 and at 1844 Southpark Drive, Arlington, TX 76013, Debtor; **OFFICE OF CHAPTER 13 TRUSTEE**, c/o Tim Truman, 685 N.E. Loop 820, Suite 300, Fort Worth, TX 76180, via electronic or by United States mail, properly addressed, and first-class postage thereon prepaid, on this the 23rd day of March, 2016.

_/s/ Timothy J. Harvard_
Timothy J. Harvard

Notice of Termination of Automatic Stay
Due to Failure to Cure Default – Page 2
26031.005 #223881