JOYCE W. LINDAUER
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Rd., Suite 625
Dallas, Texas 75230
(972) 503-4033 -Telephone
(972) 503-4034 - Facsimile
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RODNEY ALLEN,** | § | **CASE NO. 14-44099** |
|             Debtor. | § | |
| ──────────────── | § | |
| | § | |
| **ALLIANCE REALTY CAPITAL, LLC** | § | |
| its successors and assigns, | § | |
|             Movant, | § | |
| | § | |
| VS. | § | |
| | § | |
| **RODNEY ALLEN,** | § | |
|             Respondent. | § | |
| ──────────────── | | |

**OBJECTION TO ALLIANCE REALTY CAPITAL, LLC NOTICE OF TERMINATION
OF AUTOMATIC STAY DUE TO FAILURE TO CURE DEFAULT**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

      COMES NOW Rodney Allen ("Debtor") and files this his Objection to Alliance Realty Capital, LLC's Notice of Termination of Automatic Stay Due to Failure to Cure Default (the "Notice"), and would respectfully show the Court as follows:

      1.    Debtor admits the allegation contained in Paragraph 1 of the Notice that an Agreed Order Conditioning Automatic Stay was entered by this Court on May 14, 2015.  Debtor denies the remaining allegations contained in Paragraph 1 of the Notice.

Objection to Alliance Capital Realty's Notice of Termination of
Automatic Stay Due to Failure to Cure Default
Page 1

2. Debtor denies the allegations contained in Paragraph 2 of the Notice. All payments have been made.

3. Debtor believes that he is current with the payments and would like to be able to provide proof of payments.

WHEREFORE PREMISES CONSIDERED, the Debtor requests the Notice be withdrawn and denied and grant the Debtor such other and further relief which he may show themselves justly entitled.

Dated: May 19, 2016

        Respectfully submitted,

        By: /s/ Joyce W. Lindauer
        Joyce W. Lindauer
        Joyce W. Lindauer Attorney, PLLC
        12720 Hillcrest Rd., Suite 625
        Dallas, Texas 75230
        (972) 503-4033 Telephone
        (972) 503-4034 Facsimile
        ATTORNEY FOR DEBTOR

Objection to Alliance Capital Realty's Notice of Termination of
Automatic Stay Due to Failure to Cure Default
Page 2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 19, 2016, a true and correct copy of the foregoing document was served via email pursuant to the Court's electronic filing system upon those parties receiving electronic notice in this case and the parties listed below.

Timothy J. Harvard
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce St., Suite 3500
Fort Worth, TX 76102

                                          /s/ Joyce W. Lindauer
                                          Joyce W. Lindauer

Objection to Alliance Capital Realty's Notice of Termination of
Automatic Stay Due to Failure to Cure Default
Page 3