Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Rd.
Suite 625
Dallas, Texas 75230
(972) 503-4033
(972) 503-4034 fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| RODNEY ALLEN | § | CASE NO: 14-44099 |
| xxx-xx-8792 | § | |
| | § | |
| | § | |
| 1844 SOUTHPARK DR. | § | CHAPTER 13 |
| ARLINGTON, TX 76013 | § | |
| | § | |
| DEBTOR. | § | JUDGE MARK X. MULLIN |

### DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION
### DATE – June 15, 2016

**TO THE UNITED STATES BANKRUPTCY COURT:**

Pursuant to 11 USC 1329 the Debtors request the following modification to the Debtors' Confirmed Chapter 13 Plan herein:

### HISTORY OF THE CASE

PETITION DATE:  10/7/2014            TOTAL PAID IN:   $7050.00
341 DATE:  11/18/2014                AMOUNT DUE:  $2295.00
CONFIRMATION:  4/16/2015             OLD PLAN BASE:  $31,740.00

### MODIFICATION OF DEBTOR'S PAYMENT TO THE TRUSTEE

Change monthly payment to $130 x 39

The above changes will result in a new "BASE AMOUNT" (total payments due to the Trustee under the plan, if all payments are timely made) of $11,465.00

**AND**

**Plan payments** to the Trustee as listed above will resume on or before July 6, 2016

## **MODIFICATION OF PAYMENTS TO CREDITORS**

Change treatment of the following claim(s):

Change Ocwen Loan Servicing to Pay Direct

On secured claims if collateral is shown as surrender and if collateral is real property, then automatic stay is terminated as to creditor as of surrender date permit said creditor to conduct a non-judicial foreclosure sale, pursuant to General Order 2007-2, paragraph 4c.

## **DEBTOR'S ATTORNEY FEES**

Debtor's attorney shall be allowed an additional fee for the Modification in the total amount of $400.00, of which $400.00 will be paid through the plan by the Trustee pro rata, after payments specified monthly and before any other pro rata payments.

## **REASONS FOR MODIFICAITON**

\_\_\_X\_\_\_ (1) To cure plan arrears to the Trustee.
_____ (2) To provide or modify treatment for Secured, Priority or Unsecured claim not previously provided for.
_____ (3) To make plan sufficient (based on allowed claims).
_____ (4) To modify the Unsecured Creditors' Pool from $_____ to $_____.
_____ (5) Other:

Respectfully submitted,

JOYCE W. LINDAUER
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Rd.
Suite 625
Dallas, Texas 75230
(972) 503-4033
(972) 503-4034 Fax

By:  **/s/ Joyce Lindauer**
Joyce W. Lindauer
State Bar No. 21555700

ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing ***Debtor's Modification of Chapter 13 Plan after Confirmation*** was on this June 15, 2016 forwarded to the following parties:

**DEBTOR**
Rodney Allen
1844 Southpark Drive
Arlington, TX   76013

**US TRUSTEE**
William T. Neary, U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**STANDING CHAPTER 13 TRUSTEE**
Tim Truman, Trustee
6851 N. E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608

/s/ Joyce W. Lindauer
Joyce W. Lindauer