

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 1, 2016

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 14-44099-MXM |
| RODNEY ALLEN | § | CHAPTER 13 |
| | § | JUDGE MARK X MULLIN |

## ORDER APPROVING MODIFIED PLAN

AT FORT WORTH IN SAID DISTRICT:

On this day came on for consideration the "Modification of Plan After Confirmation" filed July 21, 2016. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be approved subject to the following conditons, if any:

IT IS THEREFORE ORDERED that the Modified Plan filed July 21, 2016, be and the same is hereby approved, subject to the following conditions, if any:

All other proposed plan modification changes remain the same.

IT IS FURTHER ORDERED that 30 days written notice to the debtor, debtor's counsel, the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

Case No. 14-44099-MXM          RODNEY ALLEN                                          Page 2

# # # End of Order # # #